IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | NO. 25-CR-1153 MIS |
| vs. | ) | |
| **FELIPE EDUARDO MURILLO-ORTIZ**, | ) | |
| Defendant. | ) | |

**RESPONSE TO SECOND ORDER TO SHOW CAUSE**

The United States of America files this response to the Court's Order to Show Cause and Second Order to Show Cause. Docs. 15, 17. Based upon its review of the Court's Orders, the Government does not oppose the Court dismissing this matter with prejudice.

Respectfully submitted,

RYAN ELLISON
United States Attorney

*/s/  Filed Electronically on 7/29/2025*
ELIZABETH TONKIN
Special Assistant U.S. Attorney
200 N. Church Street
Las Cruces, NM  88001
(575) 522-2304


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document using the Court's CM/ECF filing system which will send electronic notification to opposing counsel of record.

*/s/  Filed Electronically on 7/29/2025*
ELIZABEHT TONKIN
Speical Assistant U.S. Attorney